**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joe Ernest Adame v. The State of Texas

Appellate case number:   01-18-00874-CR

Trial court case number: 1107713

Trial court:             262nd District Court of Harris County

      The clerk's record was filed on October 8, 2018. The judgment of conviction states that it was entered pursuant to a plea bargain, but the clerk's record contains no plea bargain or plea admonishments. The certification of defendant's right to appeal states that appellant waived the right to appeal, but no appeal waiver is in the clerk's record.

      Accordingly, we order the trial court to supplement the clerk's record with the (1) any plea agreement, papers, and admonishments; and (2) a waiver of the right to appeal signed by appellant. This supplemental clerk's record should be filed **within 20 days** of the date of this order.

      It is so ORDERED.

Judge's signature: ___/s/ Jennifer Caughey_____
                   x  Acting individually     ☐  Acting for the Court


Date: __November 1, 2018__